**JOSEPH J. ZAHORCHAK**
——— ATTORNEY AT LAW ———

P.O. BOX 274
CLINTON, LA 70722
(225)–522–2529
JOSEPHZAHORCHAK@GMAIL.COM



THE ZAHORCHAK LAW FIRM, LLC.

Joseph J. Zahorchak
Attorney at Law
P.O. Box 274
Clinton, LA 70722
(225) 522-2529
josephzahorchak@gmail.com

September 29, 2021

Dollar General Law Department
100 Mission Ridge
Goodlettsville, TN 37072

**RECEIVED**

**OCT 0 8 2021**

**EMPLOYMENT LAW GROUP**

**LETTER OF DEMAND**

Legal Department,

    I am attorney Joseph J. Zahorchak writing this letter on behalf of Mr. Brent Ardeneaux who offers the following facts and claims:

    Mr. Ardeneaux is a family man, dedicated civil servant and upstanding citizen of Belle Chasse, Louisiana. Around mid-day July 10, 2021, Mr Ardeneaux made a very simple visit to Dollar General Store Number 21838 in Belle Chasse, Louisiana, to purchase some bottled drinks for his home. Mr. Ardeneaux did not encounter any Dollar General staff during his visit. When he was ready to check out there were no cashiers present in the front of the store. Mr. Ardeneaux made use of the automated self-check-out machine to purchase his goods, however the automated self-check-out machine was not stocked with any grocery bags forcing Mr. Ardeneaux to leave the store with his goods unbagged. Upon reaching the exit door Mr. Ardeneaux met with an acquaintance entering the store and stopped to have a brief chat. After finishing his chat Mr. Ardeneaux took his drinks to his car, returned his shopping cart to the store and finally left. At no point did Mr. Ardeneaux see or have occasion to speak with any employee of Dollar General despite the store being open for normal business. Mr. Ardeneaux returned to his home which he, his wife and six-year-old-son have only recently built in an up and coming neighborhood. Taking advantage of the good weather on a Saturday, Mr. Ardeneaux spent roughly the next two hours preforming yard work and speaking with his new friends and neighbors outside his home. At this point, a parish police vehicle stopped at the end of Mr Ardeneaux's driveway. Interested in why the police had arrived Mr. Ardeneaux approached the officer, in full view of his friends, neighbors and passerbys on a busy Saturday afternoon, only to be abruptly forced against a police car and placed in handcuffs. Mr. Ardeneaux pleaded for an explanation for his arrest only to be asked why he was stealing from the Dollar General. In a humiliating plea for his freedom, Mr. Adreneaux begged the officer to hear him out and, only by the grace of God, was allowed to show proof of his purchase to the officer. The officer showed Mr. Ardeneaux a short video provided to him by the Dollar General showing only an interior view of Mr. Ardenueax leaving the front of the store with his purchases, which was the only evidence provided to the police and described by workers as video of a man leaving without paying. After a lengthy interaction with police, the officer was satisfied with the obvious conclusion that Dollar General had erroneously sicked the police on a law abiding citizen, giving only the statement "that store has got to get it together!" as a consolation for the ordeal.

    The negligence on the part of Dollar General is obvious. Failing to staff the store with cashiers or even a warm body to keep a proper look out in the store has created a trap for honest customers who are

**EXHIBIT C**

forced to figure out the bagless self-check-out machine and walk out with unbagged items, only to be labeled a thief by some employee who may happen to walk past a monitor and take what they see out of context. Even more negligent are the actions of what little staff this store had by making an off-the-cuff report to police of theft without doing the smallest amount of fact checking to verify their assumptions. In my past Criminal Defense work, the best and clearest surveillance video I have ever seen have come from automated self check out machines. They are specifically designed with cameras to leave virtually no doubt as to whether any item passed before them was properly purchased, however no attempt was made to reference the self check out machine's cameras, or any of the other various security cameras of this store before taking the most extreme and disruptive action that a shop keeper can take, which is making an accusation of theft to police.

The only silver lining of this situation is that Mr. Ardeneaux's wife and son did not have to go to a jail and retrieve their husband and father from behind bars like a criminal. However, a very notable and public story was released that day into the unforgiving circuit of public opinion and speculation in Mr. Ardeneaux's community. The beginning of this year had held extreme pride as he and his wife's many years of working, saving, planning and facing systemic challenges had culminated in building their dream home in a lovely new neighborhood filled with other young families where they and their son could safely thrive. Mr. Ardeneaux is a deeply sociable person who places a high value on building and maintaining friendly and trusting relationships with his peers. Working currently as an assistant tax assessor, he holds ambitions of future public office and community leadership. Despite continuing to build the best reputation he can for himself and his family and providing the best explanation of the truth that he can when this incident still is mentioned, the feeling of hope and excitement stemming from the investment of their life's work has been unavoidably marred by this incident. Talk of the incident inevitably reached the ears of Mr. Ardeneaux's young son who asks unsure questions about when the police can arrest people, and what attorney's are for and who needs them. Although Mr. Ardeneaux now generally avoids shopping in this store, in the wake of Hurricane Ida, Mr. Ardeneaux has been forced to shop at this Dollar General searching for scarce necessities. Though routine shopping should not be emotional for anyone, Mr. Ardeneaux faces unexpected anxiety and frustration that the conditions and management of the store which lead to his humiliating arrest remain largely unchanged.

Although it means having to press further into a hurtful subject for him, Mr. Ardeneaux has made the difficult decision to seek to recover damages which he sustained from this event. Mr. Ardenueax is prepared to litigate this matter however it necessitates, however, simply for the purposes of reliving this memory as little as possible, Mr. Ardeneaux is having this letter written to allow Dollar General to make what amends that can be made for this incident outside of court. Damages of this type are hard to quantify or translate to a resolution that can be easily stated on paper, but in the interest of mending feelings, making him whole, and having a token to point towards in the community to show the remorse of Dollar General Corporation, Mr. Ardeneaux will settle this matter for the sum of one hundred fifty thousand dollars($150,000.00).

Please respond to me as promptly as possible upon receipt of this letter. Mr. Ardeneaux does not wish to prolong this matter any further than necessary, and unless resolution can be made, intends to file suit in this matter no later than Friday, November 12, 2021.

Thank you,

Joseph J. Zahorchak